**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | | |
| **Recondition Pros Penn, LLC,** | : | Chapter 11 |
| Debtor. | : | Bky. No. 23-10639 (PMM) |
| **Recondition Pros Penn, LLC,** | : | |
| Plaintiff. | : | Adv. No. 23-0051 (PMM) |
| v. | : | |
| **2730 Castor Ave, LLC,** | : | |
| Defendant. | : | |
| **2730 Castor Ave, LLC,** | : | |
| Counter-Claimant. | : | |
| v. | | |
| **Recondition Pros Penn, LLC,** | : | |
| Counter-Defendant. | | |

-------------------------------------------------------

# ORDER

**AND NOW**, upon consideration of the parties' Joint Stipulation Extending Pretrial Deadlines (doc. #19, the "Stipulation");

It is hereby **ordered** that:

1) The Stipulation is **approved**;

2) All dates in the initial Pretrial Order (doc. #16) are **extended 60 days**; and

3) On or before January 22, 2024, the parties shall notify the Court whether the parties consent to the appointment of a mediator or whether a revised pretrial order should be

issued in advance of a trial on the merits.

Date: **10/10/23**

*Patricia M. Mayer*

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**